**Order entered December 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00662-CR**

**MARK RAYMOND HUTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82014-2022**

**ORDER**

Appellant was convicted of aggravated sexual assault of a child, continuous sexual assault of a child, and two counts of sexual assault of a child. His brief names the complainant's younger half-brother, who was a minor at the time of the offense. Because the brief is in violation of rule 9.10 of the Texas Rules of Appellate Procedure, we **STRIKE** appellant's brief. *See* TEX. R. APP P. 9.10(a)(3),(b).

We **ORDER** appellant to file, within **FIFTEEN DAYS** of the date of this order, an amended brief that identifies the complainant's younger half-brother by initials only.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE